# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-01501-AB (ASx) | Date: | May 3, 2022 |
|---|---|---|---|

**Title:** *Tanasha Harden v. Air Products West Coast Hydrogen LLC*, et al.

---

**Present: The Honorable   ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**  [In Chambers] ORDER REMANDING ACTION TO STATE COURT

In its Order Denying Plaintiff's Motion to Remand and Giving Plaintiff Leave to Amend Her Complaint ("Order"), (Dkt. No. 21), the Court stated that if Plaintiff was able to amend her complaint in a way that made clear no economic injury was being alleged, the Court would remand the action to state court, (Order at 8). In particular, Plaintiff was to "remove any references to actual damages, compensatory damages, punitive damages, or restitution, as well as [references] to anything else suggesting Plaintiff suffered an economic injury." (*Id.*).

On April 22, 2022, Plaintiff filed her First Amended Complaint ("FAC"). (Dkt. No. 22). The Court, having reviewing Plaintiff's FAC, is satisfied that Plaintiff has removed any suggestion of an economic injury from the FAC and is now merely alleging a willful violation of the applicable statute. As such, Plaintiff is not alleging an injury-in-fact and therefore lacks standing under Article III. For this reason, the Court now **REMANDS** the action to state court.

   **IT IS SO ORDERED**.